# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEVINE D. WARD,                           :

        Petitioner,                Case No. 3:17-cv-301

- vs -                                    District Judge Thomas M. Rose
                            Magistrate Judge Michael R. Merz

WARDEN, Ross Correctional Institution,

        Respondent.                :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted in part and no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice as barred by the statute of limitations. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

October 25, 2017.                        *s/Thomas M. Rose
                                                               Thomas M. Rose
                                                       United States District Judge